UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6253

NILES HARRISON,

Plaintiff – Appellant,

v.

MAJOR SPRINKLE; PINELLAS COUNTY JAIL FLORIDA; CENTRAL STATE
MENTAL HOSPITAL, Petersburg, VA; HAMPTON CITY JAIL, VA;
NORFOLK CITY JAIL; EASTERN STATE MENTAL HOSPITAL
WILLIAMSBURG, VA; HAMPTON ROADS REGIONAL JAIL; RAY CHERRY,
Superintendant; M. POLLARD, Assistant Superintendent; MAJOR
TAYLOR; SARGEANT BHAGIRATH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:10-cv-00046-RBS-FBS)

Submitted: June 17, 2010          Decided: June 25, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Niles Harrison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Niles Harrison appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Harrison v. Major Sprinkle, No. 2:10-cv-00046-RBS-FBS (E.D. Va. Feb. 4, 2010). We deny Harrison's informal complaint motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED